The People of the State of New York v. The Life and Reserve Association of Buffalo, New York.— Order modified as indicated in mem-

orandum of Lewis, J. (See opinion in *Same* v. *Same, ante*, p. 592.)

Edwin E. Whitcomb, as Administrator, etc., of Frederick L. Whitcomb, Deceased, Respondent, v. Postal Telegraph Cable Company, Appellant.— Judgment and order affirmed.